UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALANN B. STEEN, *et al.*,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Defendants.

Civil Action No. 00-3037 (CKK)

**FILED**

JUL 3 1 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FINAL JUDGMENT**
(July 31, 2003)

Plaintiffs' motion for judgment was referred to Magistrate Judge John M. Facciola for Report and Recommendation pursuant to LCvR 72.3(a). On July 17, 2003, Magistrate Judge Facciola recommended that the Court grant Plaintiffs' motion and enter damages in the following amounts:

1. Alann B. Steen     $27,750,000

2. Virginia Steen     $15,000,000

3. Punitive Damages     $300,000,000.

Plaintiffs have waived all objections to the Magistrate Judge's Report and Recommendation. Defendants, who have not entered an appearance in this action, have not come forward to file any objections. As there are no objections, and for the reasons set forth in Magistrate Judge Facciola's thoughtful report, it is this ____ day of July, 2003, hereby

**ORDERED** that Plaintiffs' Motion for Entry of Judgment is GRANTED and that judgment is hereby entered for Plaintiffs; it is further



**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to Plaintiff Alann B. Steen for $27,750,000 in compensatory damages; it is further

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to Plaintiff Virginia Steen for $15,000,000 in compensatory damages; it is further

**ORDERED** and **ADJUDGED** that Defendants Islamic Revolutionary Guard Corps and the Ministry of Information and Security[1] are each jointly and severally liable to Plaintiffs Alann and Virginia Steen for a total of $300,000,000 in punitive damages; and it is further

**ORDERED** that Plaintiffs may arrange for this Final Judgment and Magistrate Judge Facciola's Report and Recommendation to be translated into Farsi and, at Plaintiffs' request, the Clerk's Office shall cause a copy of the translated documents to be transmitted to the U.S. Department of State for service upon defendants through diplomatic channels.

**SO ORDERED.**

                                                     */s/ Colleen Kollar-Kotelly*
                                                  **COLLEEN KOLLAR-KOTELLY**
                                                  **United States District Judge**

---

[1] Punitive damages may not be assessed against the Islamic Republic of Iran, but may be awarded against an instrumentality of a foreign state. *See Anderson v. Islamic Republic of Iran*, 90 F. Supp. 2d 107, 114 (D.D.C. 2000).

Copy to:

John Joseph McDermott
Suite 700
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
1120 20th Street, NW
Washington, DC 20036

Magistrate Judge John M. Facciola